AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
   ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2113(a) - Attempted Bank Robbery (Two Counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

Imprisonment: Maximum 20 Years; Fine: $250,000; Supervised release: 3 Years; and Special assessment: $100 (per count)

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    JAMES C. MANN, AUSA

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

▶ RUDY VARVEL,

DISTRICT COURT NUMBER

**CR07-0776 CW**

FILED
DEC - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of institution

Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

RUDY VARVEL,

CR07-0776 CW

FILED
2007 DEC -6 PM 2:14
[clerk stamp – Northern District of California]

DEFENDANT.

---

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 2113(a) - Attempted Bank Robbery (Two Counts)

---

A true bill.

_____ Foreman

Filed in open court this **6th** day of **December, 2007**

_____ Clerk

Bail, $ *No bail arrest warrant*

Wayne D. Brazil  12-6-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 DEC -6 PM 2: 14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUDY VARVEL,<br><br>    Defendant.<br>_____ | Criminal No.: CR07-0776<br><br>VIOLATIONS: 18 U.S.C. § 2113(a) -<br>Attempted Bank Robbery (Two Counts)<br><br>OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>: (18 U.S.C. § 2113(a) – Attempted Bank Robbery)

    1.    On or about July 11, 2007, in the Northern District of California, the defendant,

RUDY VARVEL,

did, by force and violence, and by intimidation, attempt to take from the person and presence of employees of U.S. Bank, 4440 Tassajara Road, Dublin, California, money belonging to and in the care, custody, control, management, and possession of that bank, the funds of which were

INDICTMENT

then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

COUNT TWO: (18 U.S.C. § 2113(a) – Attempted Bank Robbery)

2. On or about July 12, 2007, in the Northern District of California, the defendant,

RUDY VARVEL,

did, by force and violence, and by intimidation, attempt to take from the person and presence of employees of U.S. Bank, 4440 Tassajara Road, Dublin, California, money belonging to and in the care, custody, control, management, and possession of that bank, the funds of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

DATED: December 6, 2007          A TRUE BILL.

FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
AUSA J.C. MANN

INDICTMENT                                    2