

FILED

DEC 07 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR07-0776 CW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | |
| RUDY VARVEL, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, RUDY VARVEL, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Thursday, January 3, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: 12-7-07

HON. MARIA-ELENA JAMES
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR07-0776 CW