

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*JAMES C. MANN*
*Assistant United States Attorney*
*Telephone: (510) 637-3705*
*Facsimile: (510) 637-3724*
*E-Mail:  James.C.Mann@usdoj.gov*

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*

December 21, 2007

VIA HAND DELIVERY

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court, Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

    Re:    <u>United States v. Rudy Varvel</u>,
           CR-07-0776 CW

Dear Magistrate Judge Brazil:

    On December 6, 2007, the Grand Jury returned a two-count indictment in the above-referenced matter, alleging two violations of Title 18, United States Code, Section 2113(a), attempted bank robbery. On December 7, 2007, a Writ of Habeas Corpus Ad Prosequendum issued, directing that Defendant Rudy Varvel be brought before this Court on January 3, 2008 at 10:00 a.m. for an initial appearance. I respectfully request that this matter be added to this Court's 10:00 a.m. criminal calendar on Thursday, January 3, 2008 for an initial appearance.

                              Sincerely,

                              SCOTT N. SCHOOLS
                              United States Attorney

        By:         /S                           
               JAMES C. MANN
               Assistant United States Attorney