SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3705
    Facsimile: (510) 637-3724
    E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-0776 CW |
| Plaintiff, | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| RUDY VARVEL, | |
| Defendant. | |

TO:    The Honorable Nandor J. Vadas, United States Magistrate Judge of the United States District Court for the Northern District of California:

Assistant United States Attorney James C. Mann respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, RUDY VARVEL, whose place of custody and jailor are set forth in the requested Writ, attached hereto. The prisoner is required as the defendant in the above-entitled matter in this Court, and therefore

////

////

////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR07-0776 CW

1 | petitioner prays that this Court issue the Writ as presented.
2 |
3 | Dated: January 2, 2008                    Respectfully submitted,
4 |                                            SCOTT N. SCHOOLS
                                               United States Attorney
5 |
6 |                                            /s/
7 |                                            JAMES C. MANN
                                               Assistant United States Attorney
8 |
...
28|

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR07-0776 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUDY VARVEL,<br><br>    Defendant. | No. CR07-0776 CW<br><br>[PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant, RUDY VARVEL, before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Friday, January 4, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: 1/2/08

HON. NANDOR J. VADAS
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR07-0776 CW

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

GREETINGS

WE COMMAND that on Friday, January 4, 2008, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of RUDY VARVEL (PFN BGB882), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that RUDY VARVEL may then appear for initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Nandor J. Vadas, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: Jan. 3, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR07-0776 CW