UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 1/23/08**

**Plaintiff:** United States

**v.**                                                            **No.** CR-07-00776 CW

**Defendant:** Rudy Varvel (present - in custody)

**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:  Trial Setting**

**Notes:**    This was the defendant's first appearance before District Judge.  Defense has received some discovery; additional discovery still coming.  Defense trying to work out global disposition re these charges and uncharged robberies in EDCA.  **Case continued to 3/5/08 at 2:00 p.m. for motions or trial setting or disposition.**  Defense to file any motions and notice for hearing on 3/5/08.  Time excluded for continuity of counsel and effective preparation.

Copies to: Chambers