

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RUDY VARVEL,<br>Defendant. | No. CR-07-0776 CW<br>ORDER GRANTING STIPULATED REQUEST TO VACATE HEARING DATE TO MARCH 26, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br>Date: March 5, 2008<br>Time: 2:00 p.m.<br>Court: Hon. Claudia Wilken |

The parties jointly requested that the hearing in this matter be moved from March 5, 2008 to March 26, 2008, and that time be excluded under the Speedy Trial Act between those dates to allow the government time to produce additional discovery and Defendant additional time to review the discovery, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is moved from March 5, 2008 to March 26, 2008 at 2:00 p.m., and that time between March 5, 2008 and March 26,

2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: 3/3/08

HON. CLAUDIA WILKEN
United States District Judge