JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3705
    Facsimile: (510) 637-3724
    E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0776 CW |
| Plaintiff, | STIPULATED REQUEST TO VACATE HEARING DATE TO APRIL 16, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| RUDY VARVEL, | Date:    March 26, 2008 |
| Defendant. | Time:    2:00 p.m.<br>Court:    Hon. Claudia Wilken |

    The above-captioned matter is set on March 26, 2008 before this Court for motions, trial setting, or disposition. The parties request that the Court continue the hearing to April 16, 2008 at 2:00 p.m. and that the Court exclude time under the Speedy Trial Act between March 17, 2008 and April 16, 2008.

    Although the currently pending indictment involves only two attempted bank robberies, the case involves a number of additional actual bank robberies. On March 10, 2008, the government produced substantial discovery, including digital media, related to the actual bank robberies. Defendant requires additional time to review the discovery produced by the government, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence. The extension is not sought for delay. The parties agree

1  the ends of justice served by granting the continuance outweigh the best interests of the public
2  and the defendant in a speedy trial.  Undersigned defense counsel represents that she has spoken
3  with her client, Mr. Varvel, and that Mr. Varvel agrees to this request.  Therefore, the parties
4  further stipulate and request that the Court exclude time between March 17, 2008 and April 16,
5  2008 under the Speedy Trial Act for the reasons stated above and pursuant to 18 U.S.C. §
6  3161(h)(8)(B)(iv).

8  DATED: March 17, 2008

11  /s/                                                                   /s/
    JAMES C. MANN                                      JOYCE LEAVITT
    Assistant United States Attorney                   Assistant Federal Public Defender
12  Counsel for United States                          Counsel for Rudy Varvel

STIP. REQ. TO VACATE STATUS HEARING TO APRIL 16, 2008 AND TO EXCLUDE TIME
No. CR-07-0776 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RUDY VARVEL,<br><br>　　　Defendant. | No. CR-07-0776 CW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO VACATE HEARING DATE TO APRIL 16, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　March 26, 2008<br>Time:　　2:00 p.m.<br>Court:　　Hon. Claudia Wilken |

　　　The parties jointly requested that the hearing in this matter be moved from March 26, 2008 to April 16, 2008, and that time be excluded under the Speedy Trial Act between March 17, 2008 and April 16, 2008 to allow Defendant additional time to review the discovery, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

　　　**IT IS HEREBY ORDERED** that the status hearing in this matter is moved from March 26, 2008 to April 16, 2008 at 2:00 p.m., and that time between March 17, 2008 and April 16,

1  2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel,
2  taking into account the exercise of due diligence.
3
4  DATED:_____                    _____
                                               HON. CLAUDIA WILKEN
5                                              United States District Judge

STIP. REQ. TO VACATE STATUS HEARING TO APRIL 16, 2008 AND TO EXCLUDE TIME
No. CR-07-0776 CW