JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Facsimile: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>RUDY VARVEL,<br>    Defendant. | No. CR-07-0776 CW<br><br>STIPULATED REQUEST TO VACATE HEARING DATE TO MAY 7, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: April 16, 2008<br>Time: 2:00 p.m.<br>Court: Hon. Claudia Wilken |

    The above-captioned matter is set on April 16, 2008 before this Court for motions, trial setting, or disposition. The parties request that the Court continue the hearing to May 7, 2008 at 2:00 p.m. and that the Court exclude time under the Speedy Trial Act between April 15, 2008 and May 7, 2008.

    Although the currently pending indictment involves only two attempted bank robberies, the case involves many additional actual bank robberies, which occurred in several counties in the Northern District of California and the Eastern District of California. The government has produced substantial discovery, including digital media, related to all of the actual bank robberies as well as the attempted bank robberies. Defendant requires additional time to review the discovery produced by the government, to investigate this matter, and to effectively prepare for

STIP. REQ. TO VACATE STATUS HEARING TO MAY 7, 2008 AND TO EXCLUDE TIME
No. CR-07-0776 CW

1  the hearing taking into account the exercise of due diligence.  Additionally, the parties are
2  currently negotiating a global resolution of this matter to encompass the two charged attempted
3  bank robberies as well as the currently uncharged actual bank robberies.  This resolution will
4  likely involve a separate, but related, plea agreement between the Sacramento District Attorney's
5  Office and Defendant.  The parties need additional time to complete negotiations and
6  documentation of this global agreement, which will likely require the transfer of Defendant,
7  following judgement in the above-captioned matter, into state custody for entry of a plea in
8  Sacramento County and then return of Defendant to federal custody.
9      The extension is not sought for delay.  The parties agree the ends of justice served by
10 granting the continuance outweigh the best interests of the public and the defendant in a speedy
11 trial.  Undersigned defense counsel represents that she has spoken with her client, Mr. Varvel,
12 and that Mr. Varvel agrees to this request.  Therefore, the parties further stipulate and request that
13 the Court exclude time between April 15, 2008 and May 7, 2008 under the Speedy Trial Act for
14 the reasons stated above and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).
15
16 DATED: April 15, 2008
17
18
19    /s/                                                /s/
   JAMES C. MANN                              JOYCE LEAVITT
   Assistant United States Attorney       Assistant Federal Public Defender
20 Counsel for United States                   Counsel for Rudy Varvel
21
22
23
24
25
26
27
28

STIP. REQ. TO VACATE STATUS HEARING TO MAY 7, 2008 AND TO EXCLUDE TIME
No. CR-07-0776 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUDY VARVEL,<br><br>    Defendant. | No. CR-07-0776 CW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO VACATE HEARING DATE TO MAY 7, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   April 16, 2008<br>Time:   2:00 p.m.<br>Court:  Hon. Claudia Wilken |

    The parties jointly requested that the hearing in this matter be moved from April 16, 2008 to May 7, 2008, and that time be excluded under the Speedy Trial Act between April 15, 2008 and May 7, 2008 to allow Defendant additional time to review the discovery, to investigate this matter, and to effectively prepare for the hearing taking into account the exercise of due diligence. Additionally, the parties are currently negotiating a global resolution of this matter to encompass the two charged attempted bank robberies as well as currently uncharged actual bank robberies. This resolution will likely involve a separate, but related, plea agreement between the Sacramento District Attorney's Office and Defendant. The parties therefore need additional time to complete negotiations and documentation of this global agreement, which may require the transfer of Defendant, following judgment in the above-captioned matter, into state custody for

STIP. REQ. TO VACATE STATUS HEARING TO MAY 7, 2008 AND TO EXCLUDE TIME
No. CR-07-0776 CW

entry of a plea in Sacramento County and then return of Defendant to federal custody. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is moved from April 16, 2008 to May 7, 2008 at 2:00 p.m., and that time between April 15, 2008 and May 7, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:_____                             _____
                                                   HON. CLAUDIA WILKEN
                                                   United States District Judge

STIP. REQ. TO VACATE STATUS HEARING TO MAY 7, 2008 AND TO EXCLUDE TIME
No. CR-07-0776 CW