AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

VIOLATIONS: 18 U.S.C. § 2113(a) - Bank Robbery (Five Counts); 18 U.S.C. § 2113(a) - Attempted Bank Robbery (Two Counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum 20 Years Imprisonment; $250,000 Fine; Three Years Supervised Release; $100 Special Assessment.

**DEFENDANT - U.S.**

▶ RUDY VARVEL

**DISTRICT COURT NUMBER**
CR-07-0776 CW

FILED
MAY - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   James C. Mann, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

2008 MAY -6 AM 9: 14

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUDY VARVEL,<br><br>Defendant. | Criminal No.: CR-07-0776 CW<br><br>VIOLATION: 18 U.S.C. § 2113(a) - Bank Robbery (Five Counts); 18 U.S.C. § 2113(a) - Attempted Bank Robbery (Two Counts)<br><br>OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 2113(a)--Bank Robbery)

1. On or about November 28, 2006, in the Northern District of California, the defendant,

RUDY VARVEL,

did knowingly and by force and violence, and by intimidation, take from the person and presence of employees of Wells Fargo Bank, 1369 Buchanan Road, Pittsburg, California, approximately $566 in money belonging to and in the care, custody, control, management, and possession of that bank, the funds of which were then insured by the Federal Deposit Insurance Corporation, in

INFORMATION

1  violation of Title 18, United States Code, Section 2113(a).

2  COUNT TWO: (18 U.S.C. §§ 2113(a)--Bank Robbery)

3      2.    On or about December 5, 2006, in the Northern District of California, the
4  defendant,

5                          RUDY VARVEL,

6  did knowingly and by force and violence, and by intimidation, take from the person and presence
7  of employees of U.S. Bank, 4440 Tassajara Road, Dublin, California, approximately $5,254 in
8  money belonging to and in the care, custody, control, management, and possession of that bank,
9  the funds of which were then insured by the Federal Deposit Insurance Corporation, in violation
10 of Title 18, United States Code, Section 2113(a).

11 COUNT THREE: (18 U.S.C. § 2113(a)--Bank Robbery)

12     3.    On or about December 13, 2006, in the Northern District of California, the
13 defendant,

14                         RUDY VARVEL,

15 did knowingly and by force and violence, and by intimidation, take from the person and presence
16 of employees of Fremont Bank, 20629 Redwood Road, Castro Valley, California, approximately
17 $1,970 in money belonging to and in the care, custody, control, management, and possession of
18 that bank, the funds of which were then insured by the Federal Deposit Insurance Corporation, in
19 violation of Title 18, United States Code, Section 2113(a).

20 COUNT FOUR: (18 U.S.C. §§ 2113(a)--Bank Robbery)

21     4.    On or about December 19, 2006, in the Northern District of California, the
22 defendant,

23                         RUDY VARVEL,

24 did knowingly and by force and violence, and by intimidation, take from the person and presence
25 of employees of Wells Fargo Bank, 4495 First Street, Livermore, California, approximately
26 $1,005 in money belonging to and in the care, custody, control, management, and possession of
27 that bank, the funds of which were then insured by the Federal Deposit Insurance Corporation, in
28 violation of Title 18, United States Code, Section 2113(a).

INFORMATION                                    2

COUNT FIVE: (18 U.S.C. § 2113(a)--Bank Robbery)

5.   On or about December 27, 2006, in the Northern District of California, the defendant,

RUDY VARVEL,

did knowingly and by force and violence, and by intimidation, take from the person and presence of employees of West America Bank, 1480 First Street, Livermore, California, approximately $9,794 in money belonging to and in the care, custody, control, management, and possession of that bank, the funds of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

COUNT SIX: (18 U.S.C. § 2113(a)--Attempted Bank Robbery)

6.   On or about July 11, 2007, in the Northern District of California, the defendant,

RUDY VARVEL,

did, by force and violence, and by intimidation, attempt to take from the person and presence of employees of U.S. Bank, 4440 Tassajara Road, Dublin, California, money belonging to and in the care, custody, control, management, and possession of that bank, the funds of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

COUNT SEVEN: (18 U.S.C. § 2113(a)--Attempted Bank Robbery)

7.   On or about July 12, 2007, in the Northern District of California, the defendant,

RUDY VARVEL,

did by force and violence, and by intimidation, attempt to take from the person and presence of employees of U.S. Bank, 4440 Tassajara Road, Dublin, California, money belonging to and in the care, custody, control, management, and possession of that bank, the funds of which were

////
////
////

1 | then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States
2 | Code, Section 2113(a).

4 | DATED:    May 5, 2008            JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                     W. DOUGLAS SPRAGUE
                                     Chief, Oakland Branch

INFORMATION                4