UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 5/7/08

**Plaintiff:** United States

**v.**                                                                  **No.** CR-07-00776 CW

**Defendant:** Rudy Varvel (present - in custody)

**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

          **Hearing:** Motions or Trial Setting or Disposition

**Notes:**    Parties close to disposition.  Defense has received proposed plea agreement from government encompassing robberies in other counties in other districts. **Case continued for 5/14/08 at 2:00 p.m. for disposition or trial setting.** Time excluded for effective preparation.

Copies to: Chambers