

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

JAMES C. MANN
Assistant United States Attorney
Telephone: (510) 637-3705
Facsimile: (510) 637-3724
E-Mail:    James.C.Mann@usdoj.gov

Ronald V. Dellums Federal Building
1301 Clay Street, Suite 340S
Oakland, California 94612-5217

May 12, 2008

VIA HAND DELIVERY

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court, Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212

    Re:    <u>United States v. Rudy Varvel</u>,
            CR-07-0776 CW

Dear Magistrate Judge Brazil:

    On May 6, 2008, the United States Attorney's Office filed a seven count information in the above-referenced matter, alleging seven violations of Title 18, United States Code, Section 2113(a). I respectfully request that this matter be added to Magistrate Judge Brazil's 10:00 a.m. criminal calendar on Wednesday, May 14, 2008 for arraignment on the information. Defense counsel, Joyce Leavitt, is aware of this request and is copied on this letter.

                                Sincerely,

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

           By:    _____
                                JAMES C. MANN
                                Assistant United States Attorney

cc:    Joyce Leavitt, Esq.