O AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

MAY 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

RUDY VARVEL

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-07-776-CW

I, Rudy Varvel _____, the above named defendant, who is accused of

five counts of bank robbery in violation of Title 18, United States Code, Section 2113(a) and two counts of attempted bank robbery in violation of Title 18 United States Code, Section 2113(a).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____5/7/2008_____ prosecution by indictment and consent that the pro-
                     Date

ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____Wayne D. Brazil_____ 5-14-08
                Judicial Officer