UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**FILED**
MAY 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 5/14/08

**Plaintiff:** United States

v.                                              **No.** CR-07-00776 CW

**Defendant:** Rudy Varvel (present - in custody)


**Appearances for Plaintiff:**
Garth Hire for James Mann

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing:   Change of Plea**

**Notes:**   Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to all counts of the Information charging 5 counts of bank robbery and 2 counts of attempted bank robbery in violation of 18 USC 2113(a). Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. PSR requested. **Sentencing set for 8/6/08 at 2:00 p.m.**

Copies to: Chambers; probation ✓